**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANY MERCADO, as Legal Guardian of, S.S.M., a minor,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | **NO. 25-5925** |
| **ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,** | : | |

**ORDER**

**AND NOW,** this 25th day of September, 2026, upon consideration of the Motion to Compel Arbitration filed by Defendants Microsoft Corporation and Mojang AB (ECF No. 54), and the responses thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED.**

It is **FURTHER ORDERED** that Plaintiffs' objections to the Declaration of Sozi Pedro Tulante (ECF No. 65-9) are **SUSTAINED**. Plaintiffs' objections to the Declarations of Juliamarie Abbott (ECF No. 65-7) and Michael Scari (ECF No. 65-8) are **MOOT**.

BY THE COURT:

Hon. Mia R. Perez