IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANY MERCADO, as Legal Guardian of, S.S.M., a minor,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,** | : | **NO. 25-5925** |

**ORDER**

**AND NOW,** this 25th day of September, 2026, upon consideration of the Motion to Compel Arbitration filed by Defendant Epic Games, Inc. (ECF No. 51), and the responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Objection Number 1 to the Declaration of David Saunders in its entirety and all Exhibits thereto is **OVERRULED.**

2. Plaintiff's Objection Number 2 to Paragraphs 5–22 of the Saunders Declaration, including the embedded screenshots and Exhibits 1 and 2 is **SUSTAINED IN PART.** Exhibits 1 and 2, paragraphs 7, 12–22, and the last two sentences of Paragraph 10 are stricken, pursuant to Fed. R. Evid. 401, 402, and 901.

3. Plaintiff's Objection Number 3 to Paragraphs 23–31 of the Saunders Declaration is **SUSTAINED IN PART.** Paragraphs 27–31 and Exhibit 4 and references thereto are stricken, pursuant to Fed. R. Evid. 401, 402, and 901.

4. Plaintiff's Objection Number 4 to Paragraphs 32–34 of the Saunders Declaration is **SUSTAINED IN PART.** The reference to what is displayed on screen (from "the relevant

agreement" through "displayed on-screen") in Paragraph 33 and the screenshot attached under Paragraph 34 are stricken pursuant to Fed. R. Evid. 1002, 401, 402, and 901.

5. Plaintiff's Objection Number 5 to Paragraphs 34–35 of the Saunders Declaration is **SUSTAINED.** The last sentence of Paragraph 34 and the image attached thereto, and the entirety of Paragraph 35 are stricken, pursuant to Fed. R. Evid. 1002.

6. Plaintiff's Objection Number 6 to Paragraphs 39–40 of the Saunders Declaration is **OVERRULED.**

7. Plaintiff's Objection Number 7 to Paragraphs 50, 51, 53, 55, 57, and Exhibit 8 to the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

8. Plaintiff's Objection Number 8 to Paragraphs 59, 60, 62, 64, 66,[1] and Exhibit 13 to the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

9. Plaintiff's Objection Number 9 to Paragraphs 68, 69, and Exhibit 18 to the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

10. Plaintiff's Objection Number 10 to Paragraphs 71, 72, and Exhibit 19 to the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

11. Plaintiff's Objection Number 11 to Paragraphs 74, 75, 77, 79, 81, 83, 85, and Exhibit 20 to the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

[1] Plaintiff's objection lists Paragraphs 60, 61, 63, 65, then quotes Paragraphs 59, 60, 62, 64, and 66. The Court assumes this was a typographical error and interprets the objection as being to the quoted paragraphs, consistent with the similar objection numbers 7 and 9–13.

12. Plaintiff's Objection Number 12 to Paragraph 87 of the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

13. Plaintiff's Objection Number 13 to Paragraphs 88, 89, 91, and Exhibit 26 of the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

14. Plaintiff's Objection Number 14 to the first sentence of Paragraph 93 of the Saunders Declaration is **SUSTAINED**, pursuant to Fed. R. Evid. 801.

15. The Motion to Compel Arbitration filed by Defendant Epic Games, Inc. (ECF No. 51) is **DENIED.**

BY THE COURT:



Hon. Mia R. Perez