**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANY MERCADO, as Legal Guardian of, S.S.M., a minor,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | **NO. 25-5925** |
| **ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,** | : | |

**ORDER**

**AND NOW,** this 25th day of September, 2026, upon consideration of the Motion to Compel Arbitration filed by Defendant Roblox Corporation ("Roblox") (ECF No. 50), and the responses thereto, and for the reasons stated in the Court's accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Objection Number 1 to the Declaration of Ronita Jit ("Jit Declaration") in its entirety and all Exhibits thereto is **OVERRULED.**

2. Plaintiff's Objection Number 2 to Paragraphs 6, 8, and 9 of the Jit Declaration is **OVERRULED.**

3. Plaintiff's Objection Numbers 3 and 4 to Paragraph 10 of the Jit Declaration are **OVERRULED.**

4. Plaintiff's Objection Number 5 to Paragraphs 11–13 of the Jit Declaration is **OVERRULED.**

5. Plaintiff's Objection Number 6 to Paragraph 14 of the Jit Declaration and the embedded screenshot is **OVERRULED.**

6. Plaintiff's Objection Number 7 to Paragraph 15 of the Jit Declaration is **OVERRULED**.

7. Plaintiff's Objection Number 8 to Paragraph 16 of the Jit Declaration is **SUSTAINED,** pursuant to Fed. R. Evid. 802.

8. Plaintiff's Objection Number 9 to Paragraph 18 of the Jit Declaration is **OVERRULED**.

9. Plaintiff's Objection Number 10 to Paragraphs 19–21 of the Jit Declaration and the embedded screenshot is **OVERRULED**.

10. Plaintiff's Objection Number 11 to Paragraphs 22–23 of the Jit Declaration is **OVERRULED**.

11. Plaintiff's Objection Number 12 to Paragraph 24 of the Jit Declaration is **OVERRULED**.

12. Plaintiff's Objection Number 13 to Paragraphs 25–26 of the Jit Declaration is **OVERRULED**.

13. Plaintiff's Objection Number 14 to Paragraphs 29–30 of the Jit Declaration is **OVERRULED**.

14. Plaintiff's Objection Number 15 to Paragraph 33 of the Jit Declaration is **OVERRULED**.

15. Plaintiff's Objection Number 16 to Paragraph 34 of the Jit Declaration is **OVERRULED**.

16. The Motion to Compel Arbitration filed by Roblox (ECF No. 50) is **DENIED.**

BY THE COURT:

Hon. Mia R. Perez