**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANY MERCADO, as Legal Guardian of S.S.M., a minor,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | **NO. 25-5925** |
| **ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,** | : | |
| Defendants. | : | |

## NOTICE

**AND NOW,** this 26th day of October, 2026, the Court notes as follows:

1. On October 5, 2025, Microsoft Corporation and Mojang AB's (the "Microsoft Defendants") filed an Expedited Motion for Reconsideration (ECF No. 98), asking that the Court order expedited briefing and resolve the motion by October 28, 2026.

2. On October 6, 2026, the Court issued an expedited briefing schedule (ECF No. 101).

3. On October 13, 2026, Plaintiff filed an opposition to the Microsoft Defendants' motion, attaching a declaration from Clifford Sussman, M.D. (ECF No. 109).

4. On October 15, 2026, Microsoft Defendants filed a reply in support of their motion and a new Motion to Strike the Sussman Declaration (ECF No. 116).

5. The Court again ordered expedited briefing on the Motion to Strike (ECF No. 122).

6. Plaintiff's Opposition to the Motion to Strike was timely filed on October 23, 2026, and docketed on October 26, 2026. ECF No. 126.

Given the above timeline and the Microsoft Defendants' request for a disposition by October 28, 2026, the Court hereby notifies Microsoft Defendants' that their concerns regarding the deadline to appeal this Court's denial of their motion to compel arbitration are noted. *See* ECF No. 98-1 at 3. The Court will not, however, resolve their Motion for Reconsideration by October 28, 2026, given the additional consideration of the related motion to strike and the Court's trial calendar.

The Microsoft Defendants should proceed as they see fit with regard to appealing this Court's denial of their Motion to Compel Arbitration.

The Court will rule on the Microsoft Defendants' pending motions consistent with the Court's trial calendar.

BY THE COURT:



Hon. Mia R. Perez