**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANY MERCADO, as Legal Guardian of S.S.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,<br><br>Defendants. | : | CIVIL ACTION<br><br>No. 2:25-cv-05925-MRP<br><br>Judge Mia Roberts Perez |

**<u>DEFENDANT EPIC GAMES, INC.'S NOTICE OF APPEAL</u>**

Notice is hereby given that Defendant Epic Games, Inc. appeals, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16, to the United States Court of Appeals for the Third Circuit. Epic appeals from this Court's Memorandum and Order denying Epic's Motion to Compel Arbitration, entered September 28, 2026. ECF No. 94. *See also* ECF No. 95.

Epic timely filed a Motion to Reconsider and Amend the September 28, 2026 Order pursuant to Federal Rule of Appellate Procedure 59(e), which remains pending. ECF No. 111. While a notice of appeal from the September 28, 2026 Order is not due until 30 days after Epic's motion is disposed of, Fed. R. App. P. 4(a)(4)(A)(iv), Epic files this notice in an abundance of caution. This notice becomes effective when the order disposing of Epic's motion is entered, and thus this Court retains jurisdiction to decide Epic's pending motion. Fed. R. App. P. 4(a)(4)(B)(i). Epic reserves its right to amend this notice under Federal Rule of Appellate Procedure 4(a)(4)(B)(ii).

Dated: October 27, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jeffrey S. Jacobson*
Jeffrey S. Jacobson, Bar No. 78251
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: jeffrey.jacobson@faegredrinker.com

Jonathan P. Boughrum
Edward J. DeLuca
1 Logan Square # 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Email: jonathan.boughrum@faegredrinker.com
Email: edward.deluca@faegredrinker.com

*Attorneys for Defendant Epic Games, Inc.*

**CERTIFICATION OF SERVICE**

I hereby certify that on October 27, 2026, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. The filing is available for viewing and downloading from the CM/ECF system.

Dated: October 27, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jeffrey S. Jacobson*
Jeffrey S. Jacobson, Bar No. 78251
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: jeffrey.jacobson@faegredrinker.com

Jonathan P. Boughrum
Edward J. DeLuca
1 Logan Square # 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Email: jonathan.boughrum@faegredrinker.com
Email: edward.deluca@faegredrinker.com

*Attorneys for Defendant Epic Games, Inc.*